BEFORE THE FIRST DIVISION, AUGUST 27, 1968

**No. P68/351.**—Morris Friedman *v.* United States, protests 61/6587–S, etc. (Philadelphia).

**No. P68/352.**—Morris Friedman *v.* United States, protests 61/12226–S, etc. (Philadelphia).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of corn husk or maize baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiff was sustained.